# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Tucciarone v. United Airlines, Inc.

Case Number: 1:19-cv-6045

An appearance is hereby filed by the undersigned as attorney for:
Matthew Tucciarone

Attorney name (type or print): Abby Dritz Salzer

Firm: Spielberger Law Group

Street address: 111 W. Jackson, Suite 1700

City/State/Zip: Chicago, IL 60604

Bar ID Number: FL 0591475
(See item 3 in instructions)

Telephone Number: 800-965-1570

Email Address: abby.salzer@spielbergerlawgroup.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 9, 2019

Attorney signature: S/ Abby Salzer
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015